Scott Edward Cole, Esq. (S.B. #160744)
Laura Van Note, Esq. (S.B. #310160)
Mark T. Freeman, Esq. (S.B. #293721)
**COLE & VAN NOTE**
555 12th Street, Suite 2100
Oakland, California 94607
Telephone: (510) 891-9800
Facsimile: (510) 891-7030
Email: sec@colevannote.com
Email: lvn@colevannote.com
Email: mtf@colevannote.com

Attorneys for Representative Plaintiff
and the Plaintiff Class

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA – WESTERN DIVISION

| | |
|---|---|
| TRACY GILCHRIST, individually, and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>WELLQUEST LIVING, LLC, GALLAHER SENIOR LIVING, LLC,<br><br>Defendants. | Case No. 2:25-cv-07215-BFM<br><br>**CLASS ACTION**<br><br>**NOTICE OF VOLUNTARY DISMISSAL** |

**PLEASE TAKE NOTICE THAT**, pursuant to Federal Rules of Civil Procedure, Rule 41(a)(1)(A)(i), Plaintiff voluntarily dismisses her claims as follows: (i) Plaintiff's individual claims are dismissed with prejudice and (ii) Plaintiff's putative class claims are dismissed without prejudice.

Dated: September 3, 2025         **COLE & VAN NOTE**

By:     */s/ Mark T. Freeman*
         Mark T. Freeman, Esq.
         Attorneys for Representative Plaintiff
         and the Plaintiff Class

## **CERTIFICATE OF SERVICE**

I hereby certify that, on September 3, 2025, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify the foregoing document is being served today on all counsel of record in this case via transmission of Notice of Electronic Filing generated by CM/ECF and on counsel in the related cases to their respective emails per the below service list.

*/s/ Mark T. Freeman*
Mark T. Freeman, Esq.